IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| LISA D. HOGSHEAD, | ) | Case No.: 05-30331 |
|     Debtor. | ) | |
| | ) | Adv. No.: 10-3125 |
| LISA D. HOGSHEAD, | ) | |
|     Plaintiff, | ) | Chapter 13 |
| vs. | ) | |
| | ) | |
| GE MONEY BANK, | ) | |
|     Defendant. | ) | |

**MOTION TO DISMISS COMPLAINT FOR
SANCTIONS, ACTUAL DAMAGES, PUNITIVE DAMAGES AND FEES**

COMES NOW the Plaintiff, Lisa D. Hogshead, by and through her attorneys, Law Offices of Mueller and Haller, LLC, and for her Motion to Dismiss Complaint for Sanctions, Actual Damages, Punitive Damages and Fees states as follows:

1. That on July 2, 2010 Plaintiff's counsel filed a Complaint for Sanctions, Actual Damages, Punitive Damages and Fees.

2. That Plaintiff has just informed counsel that she has received her title.

3. That this Complaint for Sanctions, Actual Damages, Punitive Damages and Fees should be dismissed as the Plaintiff has now received her title.

WHEREFORE, the Plaintiff prays this Court to dismiss the above-mentioned Complaint for Sanctions, Actual Damages, Punitive Damages and Fees and for such other relief as the Court deems just and proper.

LISA HOGSHEAD,

By: /s/ William A. Mueller
William A. Mueller - #06187732
James J. Haller. - #06226796
Attorneys for Plaintiff
5312 West Main Street
Belleville, Illinois 62226
(618) 236-7000

# NOTICE OF ELECTRONIC FILING AND
# CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | Case No.: 05-30331 |
| | ) SS | Adv. No.: 10-3125 |
| CITY OF BELLEVILLE | ) | Chapter 13 |

Jennifer Schweiger, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On September 2, 2010, Deponent electronically filed with the Clerk of the U. S. Bankruptcy Court the **Motion to Dismiss Complaint for Sanctions, Actual Damages, Punitive Damages and Fees**.

The Deponent served electronically the **Motion to Dismiss Complaint for Sanctions, Actual Damages, Punitive Damages and Fees** to the following parties:

U.S. Trustee

U.S. Bankruptcy Court

Russell C. Simon

and served by mail to the following parties:

| | | |
|---|---|---|
| GE Money Bank<br>GE Consumer Finance<br>PO Box 960061<br>Orlando, FL 32896 | GE Money Bank<br>The Corporation Trust Co.<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | GE Money Bank<br>c/o Mark Begor<br>901 Main Ave.<br>Norwalk, CT 06851 |

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Jennifer Schweiger